Christiana Bawcon
4916 West 108th Terr
Overland Park, KS 66211

Sacto Co Fam
3701 Power  Inn Ro
Sacramento, CA 95826